FILED

2010 May-27  PM 03:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

BEN L. BUFFINGTON, JR.,            )
                                   )
            Plaintiff,             )
                                   )
v.                                 )        4:09-cv-02558-SLB-JEO
                                   )
ALAN KAY, et al.,                  )
                                   )
            Defendants.            )

## <u>MEMORANDUM OF OPINION</u>

The magistrate judge filed a report and recommendation on April 8, 2010, recommending that all claims **EXCEPT** for the plaintiff's Eight Amendment claims against defendants Theakston and Kay regarding the alleged delay in medical treatment for his diabetes for the period of July 22, 2008 through August 7, 2008, be **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2).  The magistrate judge further **RECOMMENDS** that the plaintiff's Eight Amendment claims against defendants Theakston and Kay regarding the alleged delay in medical treatment for his diabetes for the period of July 22, 2008 through August 7, 2008 be referred to the undersigned magistrate judge for further proceedings.  No objections were filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, all claims **EXCEPT** plaintiff's Eight Amendment claims against defendants Theakston and Kay regarding the alleged delay in medical treatment for

his diabetes for the period of July 22, 2008 through August 7, 2008 be dismissed pursuant to 28

U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.

DATED this 27th day of May, 2010.


*Sharon Lovelace Blackburn*

SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE